## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

MARCIA E. JONES, for the Children of )
Gary Mason Jones, Deceased, )
                                  )
        Plaintiff, )
                                  )
v. )     **Case No. 3:01-1443**
                                  )
JO ANNE B. BARNHART, )     **Judge Nixon**
COMMISSIONER OF SOCIAL SECURITY,)      **Magistrate Judge Knowles**
                                  )
        Defendant, )
                                  )
and )
                                  )
ANN LACY JOHNS FILER, )
                                  )
        Party-at-Interest. )

## ORDER

This case was referred to United States Magistrate Judge E. Clifton Knowles pursuant to 28 U.S.C. § 636(b)(1)(B). Thereafter, Plaintiff Marcia E. Jones filed a Motion for Judgment on the Administrative Record (Doc. No. 20) seeking reversal of the Commissioner's decision denying benefits. Both the Commissioner and Party-at-Interest Ann Lacy Johns Filer filed a Motion for Judgment on the Administrative Record (Doc. Nos. 22 and 25, respectively) requesting that the Commissioner's decision be affirmed. Magistrate Judge Knowles filed a thorough and thoughtful 63-page Report and Recommendation ("Report") on October 29, 2004 (Doc. No. 29) recommending that Plaintiff's motion be denied, the Defendant's and Party-at-Interest's respective motions be granted, and the findings of the Commissioner be affirmed. After receiving permission for an extension of time for responding to the Report, Plaintiff filed timely objections (Doc. No. 32).

The Court has reviewed <u>de novo</u> the entire record and the pleadings, including those portions of the Report to which Plaintiff objects. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds Plaintiff's objections to be without merit and therefore OVERRULES those objections. The Court finds that the Magistrate reached the correct conclusions in the Report and therefore ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. For the reasons set forth therein, the Court GRANTS the Defendant's and Party-at-Interest's respective Motions for Judgment and DENIES Plaintiff's Motion. The Commissioner's judgment is AFFIRMED. This Order terminates this Court's jurisdiction over the above-styled action, and the case is dismissed.

It is so **ORDERED**.

Entered this the _____30_____ day of _November_, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Case 3:01-cv-01443   Document 36   Filed 11/30/05   Page 2 of 2 PageID #: 4